UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

LISA MICHELLE WILSON                )
                                    )
v.                                  )       NO. 2:12-CV-330
                                    )
PORTFOLIO RECOVERY ASSOCIATES,      )
LLC, *ET AL*                        )

# O R D E R

This Fair Debt Collection Practices Act matter is before the Court to consider the Report and
Recommendation of the United States Magistrate Judge dated April 3, 2013. [Doc. 21]. The
Magistrate Judge recommends that the defendants' motion to dismiss based upon plaintiff's failure
to timely respond to defendants' discovery requests and plaintiff's failure to prosecute be granted.
The plaintiff has not filed objections to this report.

After careful consideration of the Report and Recommendation of the United States
Magistrate Judge, the defendants' motion to dismiss, and for the reasons set out in that Report and
Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this
Report and Recommendation is **ADOPTED** and **APPROVED**, the defendants' motion to dismiss
is **GRANTED,** [Doc. 18], and the plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE